**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **James Soule**  JOINT DEBTOR: _____ CASE NO.: **11-28290 RBR**
Last Four Digits of SS# **9975**  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $**2,600.27** for months **1** to **6**;
B. $**2,160.27** for months **7** to **60**;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0**  TOTAL PAID $ **0**
Balance Due  $ **0**  payable $ _____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **MW Note, LLC**  Arrearage on Petition Date $ **27,900**
Address: **6600 W Charleston Blvd #120**  Arrears Payment $ **465** /month (Months **1** to **60**)
**Las Vegas, NV 89146**  Regular Payment $ **1498.88**/month (Months **1** to **60**)
Account No: _____

2. **Mazda American Credit**  Arrearage on Petition Date $ _____
Address: **PO Box 542000**  Arrears Payment $ _____/month (Months _____ to _____)
**Omaha, NE 68154**  Regular Payment $ _____/month (Months _____ to _____)
Account No: _____

3. _____  Arrearage on Petition Date $ _____
Address: _____  Arrears Payment $ _____/month (Months _____ to _____)
_____  Regular Payment $ _____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| MW Note LLC | 20511 SW 49 CT  $250,000 | 6% | $1498.88 | 1 To 60 | 89,932.80 |
|  | $ | % | $ | To |  |
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $ **0**
   Payable  $ _____/month (Months ____ to ____) Regular Payment $ _____
2. _____ Total Due $ **0**
   Payable  $ _____/month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ _____/month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ James Soule_
Debtor
Date: **7/14/11**

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)

*FILED 2011 JUL 15 PM 2:56 U.S. BANKRUPTCY CT. SD OF FLA. FTL-OFFICE*